881 A.2d 1240

IN THE MATTER OF BARRY A. HOFFBERG, AN ATTORNEY
AT LAW (ATTORNEY NO. 051051992).

September 20, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–073, concluding that **BARRY A. HOFF-BERG** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(b) (failure to promptly deliver funds to client or third person), *RPC* 1.15(d), *Rule* 1:21–6(a) and (b) (failing to maintain required New Jersey trust and business accounts), and *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **BARRY A. HOFFBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.